REQUEST FOR DOCUMENTS

I, Chester Staples, am requesting documentation in response to an ORDER issued by THE TWELFTH COURT OF APPEALS DISTRICT TYLER,TEXAS COURT OF APPEALS.

If there is a fee for copies of these documents please inform me of the cost. Enclosed is a copy of the ORDER in question and a SASE.

This request is addressed to the District Clerk of The Twelfth Court of Appeals,Tyler,Texas.

Thank You for Your time and I appreciate Your help.

FILED IN COURT OF APPEALS
12th Court of Appeals District

MAY 05 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

Chester Staples    #1853049

264 FM 3478

Estelle Unit

Huntsville,Tx. 77320



| CHESTER ALAN STAPLES, APPELLANT | } | APPEALED FROM 3RD DISTRICT COURT |
|---|---|---|
| V. | } | IN AND FOR |
| THE STATE OF TEXAS, APPELLEE | } | ANDERSON COUNTY, TEXAS |

## ORDER

Appellant is represented by Mr. William M. House, appointed counsel. On December 9, 2013, the time to file appellant's brief expired without a brief or a motion for extension of time. TEX. R. APP. P. 38.6(a). Pursuant to TEX. R. APP. P. 38.8(b), counsel was notified on December 12, 2013, that his brief was past due and was given until December 23, 2013, to file a brief or otherwise explain the delay. No satisfactory response has been received.

Pursuant to TEX. R. APP. P. 38.8(b)(3), it is **ORDERED** that Honorable Pam Fletcher, Judge of the 3rd District Court of Anderson County, Texas, shall immediately conduct a hearing to determine (1) whether the appellant still desires to prosecute his appeal; (2) whether the appellant is indigent and either needs counsel appointed, or appellant's counsel has abandoned the appeal; or (3) if the appellant is not indigent, whether a brief has not been completed because retained counsel has either abandoned the appeal or because appellant has failed to make necessary arrangements for filing a brief; and (4) when appellant's counsel anticipates that the appellant's brief, if a brief is to be filed, will be completed.

It is **FURTHER ORDERED** that the judge shall (1) make appropriate findings as to the above set forth issues and (2) cause a record of the proceedings to be prepared.

It is **ADDITIONALLY ORDERED** that once findings are made as to the above set forth issues, if appellant is indigent, the judge shall (1) take such measures as may be necessary to assure appellant's

effective representation, which may include the appointment of new counsel and (2) make recommendations to this Court regarding a proper filing date for the appellant's brief.

It is **FINALLY ORDERED** that the **supplemental clerk's record (including any orders and findings)** and the reporter's record of said hearing be filed with the Clerk of this Court on or before **February 3, 2014**.

WITNESS the Honorable James T. Worthen, Chief Justice, Court of Appeals, 12th Court of Appeals District, Tyler, Texas.

GIVEN UNDER MY HAND AND SEAL OF OFFICE at Tyler, Texas this 11 day of June 2015, A.D.



Respectfully yours,

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
Katrina McClenny, Chief Deputy Clerk